# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE:  HOWARD WILLIAM BRYANT, JR., | } | CHAPTER 13 |
| | } | |
| DEBTOR | } | CASE NO. A25-62821-BEM |
| | } | |
| | } | JUDGE ELLIS-MONRO |

## MOTION TO DISMISS CASE WITH PREJUDICE
## PURSUANT TO 11 U.S.C. § 109(h) and 109(g)

COMES NOW, K. Edward Safir, Standing Chapter 13 Trustee in the above-styled matter, and files this Motion to Dismiss Case with Prejudice Pursuant to 11 U.S.C. Sections 109(h) and 109(g), respectfully showing the Court as follows:

1.

The Debtor filed relief under Chapter 13 of Title 11 on November 3, 2025.

2.

Section 109(h), as added to the United States Bankruptcy Code by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, requires that an individual obtain credit counseling within the 180-day period preceding the date of filing to be eligible for relief under Title 11 of the United States Code.  11 U.S.C. § 109(h).

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
sonyab@atlch13tt.com

1.

3.

The above-referenced counseling must be obtained from a nonprofit budget and credit counseling agency approved by the United States Trustee and a certificate from the approved agency that provided the credit counseling must be filed with the Court. 11 U.S.C. §§ 111 and 521(b).

4.

Section 109(h)(3) provides a waiver of the credit counseling requirement to individuals with exigent circumstances. 11 U.S.C. § 109(h)(3). To obtain this waiver, an individual must file a certification with the Court that

i. describes the exigent circumstances that merit a waiver.
ii. states that he or she requested credit counseling services from an approved credit counseling agency, but was unable to obtain said services during the five-day period beginning on the date on which he or she made the request; and
iii. is satisfactory to the Court.

5.

According to the Court's docket, neither a certificate from an approved agency nor a certificate of exigent circumstances has been filed with the Court.

6.

As the requirements of 11 U.S.C. Section 109(h) have not been met, the Debtor is not eligible for relief under Title 11 of the United States Code.

7.

Additionally, the Debtor has filed ten (10) Chapter 13 bankruptcy case(s), each of which was dismissed by the Court. Said case(s) are as follows:

i. Debtor's first case: A18-51968 filed February 5, 2018, dismissed May 10, 2018

ii. Debtor's second case: A18-60714 filed June 28, 2018, dismissed September 24, 2018

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
sonyab@atlch13tt.com

    iii.    Debtor's third case: A19-63672 filed August 30, 2019, dismissed October 2, 2019

    iv.    Debtor's fourth case A21-59043 filed December 6, 2021, dismissed January 4 2022

    v.    Debtor's fifth case A22-54987 filed July 1, 2022, dismissed September 12, 2022

    vi.    Debtor's sixth case A24-54487 filed May 3, 2024, dismissed May 20, 2024

    vii.    Debtor's seventh case A24-60296 filed September 30, 2024, dismissed October 18, 2024

    viii.    Debtor's eight case A25-50007 filed January 2, 2025, dismissed January 31, 2025

    ix.    Debtor's ninth case A25-54956 filed May 5, 2025, dismissed May 30, 2025
and

    x.    Debtor's tenth case A25-58751 filed August 4, 2025, dismissed August 21, 2025

8.

The Debtor's conduct in this and the previous cases demonstrates that the Debtor has filed this case without any intention of properly prosecuting this case and has failed to appear before the Court in proper prosecution of this case within the meaning of 11 U.S.C. Section 109(g).

WHEREFORE, based on the foregoing, the Trustee respectfully requests the Court inquire into the foregoing, dismiss the instant case pursuant to 11 U.S.C. Section 105(a) and Section 109(g), thereby rendering the Debtor ineligible from re-filing another Chapter 13 case for one hundred eighty (180) days; or in the alternative, convert this case to one under Chapter 7.

_____/s/_____
Sonya Buckley Gordon, Attorney
for the Chapter 13 Trustee
GA Bar No. 140987

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
sonyab@atlch13tt.com

3.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE:  HOWARD WILLIAM BRYANT, JR., | } | CHAPTER 13 |
| | } | |
| DEBTOR | } | CASE NO. A25-62821-BEM |
| | } | |
| | } | JUDGE ELLIS-MONRO |

### NOTICE OF HEARING ON MOTION TO DISMISS WITH PREJUDICE

**PLEASE TAKE NOTE** that the Chapter 13 Trustee has filed a Motion to Dismiss Case with the Court seeking an Order of Dismissal with prejudice, to prevent the Debtor from filing another case under Chapter 13 for 180 days.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing at **10:00 a.m. on January 14, 2026 in Courtroom 1402, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA, 30303,** which may be attended in person unless the Court orders otherwise.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
sonyab@atlch13tt.com

4.

whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. **The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, 75 Ted Turner Drive, SW, Suite 1340, Atlanta, GA, 30303.** You must also mail a copy of your response to the undersigned at the address stated below.

Respectfully submitted,

_____/s/_____
Sonya Buckley Gordon, Attorney
for the Chapter 13 Trustee
GA Bar No. 140987

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
sonyab@atlch13tt.com

5.

A25-62821-BEM

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Motion to Dismiss Case with Prejudice and Notice of Hearing with the Clerk of Court using the using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties at the address shown for each.

Howard William Bryant, Jr.
1155 Glen Wilkie Trail
Ballground, GA 30107

This 20th day of November, 2025
/s/_____
Sonya Buckley Gordon, Attorney
for the Chapter 13 Trustee
GA Bar No. 140987

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
sonyab@atlch13tt.com

6.